UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VALERIE LOVINS,

        Plaintiff,

vs.

CASE NO. 8:22-cv-936-SDM-AAS

GEOVERA SPECIALTY INSURANCE COMPANY,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, VALERIE LOVINS, ("Plaintiff"), by and through its undersigned counsel, and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("Defendant"), by and through its undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request sixty (60) days to finalize the settlement documents and file the proper pleadings to close this matter out.

*SPACE LEFT INTENTIONALLY BLANK*

**DATED:   July 28, 2022.**

*s/ John P. Sacks*
John P. Sacks, Esquire
Florida Bar No. 103158
KASSEL LAW GROUP, LLC
4016 Henderson Blvd., Suite E
Tampa, Florida 33629
*Attorney for Plaintiff*

*s/ Taylor R. Bowman*
Taylor R. Bowman, Esquire
Florida Bar No. 0117627
HINSHAW & CULBERTSON LLP
100 South Ashley Drive, Suite 500
Tampa, FL  33602
Email: tbowman@hinshawlaw.com
*Attorney for Defendant*